IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03976-NRN

ALEX ORLANDO ALFARO ORELLANA, A240-097-232

    Plaintiff,

v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security;
PAMELA BONDI, U.S. Attorney General;
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement;
ROBERT HAGAN, Director of the Denver Denver Field Office, U.S. Immigration and Customs Enforcement;
JUAN BALTAZAR, Warden, Denver Contract Detention Facility;

    Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1. In the Petition, Petitioner requests that the Court issue a writ of habeas corpus requiring Respondents to either release Petitioner immediately or "[i]ssue an order requiring Respondents to show cause why this Petition should not be granted within three days" pursuant to 28 U.S.C. § 2243. *Id.* at 21.

    Having reviewed the Petition, the Court ORDERS Petitioner to, no later than December 15, 2025, (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. Within three calendar days of service, Respondents are ORDERED TO RESPOND to the Petition and are ORDERED TO SHOW CAUSE as to why the Petition should not be granted.

    Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondents SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. See also *Vizguerra-Ramirez v. Choate, et. al*, Case No. 1:25-cv-881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods*

*Co.*, 384 U.S. 597, 603 (1966); *Local 1814, Int'l Longshoremen's Ass'n v. New York Shipping Assn*, 965 F.2d 1224, 1237 (2d Cir. 1992).

It is further ORDERED that within three calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 3) indicating either the unanimous consent of the parties or that consent has been declined.

Date: December 12, 2025